1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  MATTHEW D. JONES,                    )
                                        )
10        Petitioner,                   )      CASE NO.    C08-414-RSM
                                        )                  (CR04-543-RSM)
11        v.                            )
                                        )
12  UNITED STATES OF AMERICA,           )      ORDER DENYING § 2255 MOTION
                                        )
13        Respondent.                   )
    _____ )

14

15        The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of

16  Judge James P. Donohue, United States Magistrate Judge, petitioner's objections thereto, and the

    remaining record, does hereby find and Order:

17
          (1)     The Court adopts the Report and Recommendation.
18
          (2)     Petitioner's § 2255 motion (Dkt. No. 1) is DENIED.
19
          (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for
20
                  respondent, and to Judge Donohue.
21
          DATED this 16th day of July  2008.
22

23

24                                             RICARDO S. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE
25

26  ORDER DENYING § 2255 MOTION